

# In the Missouri Court of Appeals
# Eastern District

MAY 19, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.	ED101738	STATE OF MISSOURI, RES V WILLIAM PRADA, APP